IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00939-MSK-BNB

NEOMEDIA TECHNOLOGIES, INC.,

Plaintiff,

v.

SPYDERLYNK, LLC,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify the Scheduling Order** [docket no. 33, filed September 10, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Deadline for plaintiff to serve defendant with its initial disclosure of infringement contentions extended to **September 14, 2012**;

Deadline for defendant to serve plaintiff with its initial disclosure of non-infringement unenforceability and invalidity contentions extended to **September 28, 2012**;

Deadline for plaintiff to serve defendant with its initial response to invalidity contentions extended to **October 12, 2012**.

DATED:  September 11, 2012